## CLAWANS v. NEWMAN.

### No. 8348.

United States Court of Appeals for the District of Columbia.

Decided May 17, 1943.

Mr. F. D. Masucci, of Newark, N. J., for appellant. Miss Ethel Clawans was on the brief, for appellant, pro se.

Mr. Vernon E. West, Principal Assistant Corporation Counsel, District of Columbia, of Washington, D. C., with whom Messrs. Richmond B. Keech, Corporation Counsel, District of Columbia, and Chester H. Gray, Assistant Corporation Counsel, District of Columbia, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

### PER CURIAM.

Appellant sued in the District Court for an injunction to restrain enforcement of a judgment of conviction entered by appellee as judge of the Police Court of the District of Columbia, following appellant's conviction of having engaged in the business of a dealer in second-hand personal property without a license. The cause came on to be heard before Chief Justice Edward C. Eicher, who, after hearing, entered an order dismissing the complaint. A careful examination of the record convinces us that the trial court properly exercised its discretion, and that there is no reason to disturb its judgment.

Affirmed.